IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELIZABETH SINGER )
) No. 3-09-0674
v. )
)
CRICKET COMMUNICATIONS )
WIRELESS COMPANY )

O R D E R

Pursuant to the order entered March 31, 2010 (Docket Entry No. 110, counsel for the parties called the Court on April 8, 2010, at which time the following matters were addressed:

1. Counsel for the plaintiff agreed that the plaintiff's claims under the THRA were untimely. See Docket Entry No. 9, at n.1. Therefore, the parties shall file an agreed order or stipulation of dismissal of the plaintiff's state law claims.

2. The plaintiff has not yet served, but will shortly serve, responses to defendant's interrogatories, and the parties have not exchanged documents. The parties expect to enter into a confidentiality agreement prior to the exchange of documents.

3. The plaintiff's deposition is scheduled the week of April 12, 2010, and the parties anticipate approximately four additional depositions, which they expect to schedule in April, but, in any event, no later than the May 28, 2010, deadline for completion for fact discovery.

4. The parties will not use experts, and the deadlines for disclosure and discovery of experts, provided in the orders entered August 31, 2009 (Docket Entry Nos. 6-7), have already passed and have not been extended.

5. If, after the conclusion of the anticipated depositions, the parties are interested in participating in a settlement conference or want to address the potential for settlement and/or any other form of ADR, they shall schedule a conference call with the undersigned.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge