IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ELIZABETH SINGER )
) No. 3-09-0674
v. )
)
CRICKET COMMUNICATIONS )
WIRELESS COMPANY )

O R D E R

On June 28, 2010, the defendant filed a motion for summary judgment (Docket Entry No. 17).

In accord with the order entered March 31, 2010 (Docket Entry No. 11), the plaintiff shall have until July 26, 2010, to file a response to the motion. Any reply, if necessary, shall be filed within 14 days from the filing of the response or by August 9, 2010, if the response is filed on July 26, 2010.

No other filings in support of or in opposition to the defendant's pending motion for summary judgment shall be made except with the express permission of the Honorable Thomas A. Wiseman, Jr.

The Clerk is directed to forward the file in this case to Judge Wiseman for his consideration of the defendant's motion for summary judgment and accompanying filings (Docket Entry Nos. 17-22), the plaintiff's response to be filed by July 26, 2010, and any reply, if necessary, to be filed no later than August 9, 2010.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge