# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **ELIZABETH A. SINGER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:09-cv-0674** |
| | ) | |
| **CRICKET COMMUNICATIONS WIRELESS** | ) | **Judge Thomas A. Wiseman, Jr.** |
| **COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Plaintiff Elizabeth A. Singer brings this action under Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e *et seq.*, as amended by the Civil Rights Act of 1991, and the Tennessee Human Rights Act ("THRA"), Tenn. Code Ann. § 4-21-101, alleging that defendant Cricket Communications Wireless Company ("Cricket") engaged in unlawful discrimination against her in her employment on the basis of gender and retaliated against her for making claims of discrimination. Cricket has filed a motion for summary judgment seeking judgment in its favor as a matter of law as to all claims asserted against it.

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that there are no material issues of disputed fact and that Cricket is entitled to summary judgment in its favor as to all claims asserted against it. Cricket's motion (Doc. No. 17) is therefore **GRANTED**. The defendant's pending motions to strike (Doc. Nos. 30, 32, 34) are **DENIED AS MOOT**. This matter **DISMISSED**.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58, from which an appeal my lie.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge